IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY JACKSON, | : | |
| Individually and on behalf of All Others | : | |
| Similarly Situated, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | NO. 08-4572 |
| TRANSPORTATION AUTHORITY | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this *31st* day of *August*, 2009, upon consideration of Plaintiff Anthony Jackson's Motion for Class Action Certification (Docket No. 29) and Defendant Southeastern Pennsylvania Transportation Authority's Response (Docket No. 31), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

  *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J,